# Court of Appeals
# of the State of Georgia

ATLANTA,____March 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A14A2269. HUERTA-RAMIREZ v. THE STATE.**

Upon consideration of the entire record and applicable law, this interlocutory appeal is hereby DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,_____03/23/2015____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*